# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1886
LT Case No. 42-2025-CA-504

_____

VIVIAN FERRY,

    Appellant,

    v.

ANDREW D. POGIATZIS, M.D.,
WEST MARION FAMILY PRACTICE
a/k/a LARA MEDICAL,

    Appellees.

_____

On appeal from the Circuit Court for Marion County.
Lisa Diane Herndon, Judge.

Vivian Ferry, Reddick, pro se.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A.,
Orlando, for Appellees.

May 19, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____